IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STACEY L. BURTON                                                PLAINTIFF

v.                          No. 4:21-cv-21-DPM

UNITED STATES DEPARTMENT OF THE NAVY,
Kenneth J. Braithwaite, Secretary                               DEFENDANT

## JUDGMENT

The Board's decision is affirmed. Burton's action is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2022